**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

---

**JOAN SNYDER,**

                                **Plaintiff,**

**v.**

                                                         **09-CV-0144S(Sr)**

**JOE GILLESPIE, et al.,**

                                **Defendants.**

---

**WHEREAS**, Cellino & Barnes, P.C., John C. Murrett, Jr., Esq., member, moves to withdraw as counsel for plaintiff Joan Snyder and has submitted an affidavit in support of its motion, with certificate of service by mail upon plaintiff Joan Snyder and electronic service upon opposing counsel (Dkt. ##7–9);

**It is hereby ORDERED** that plaintiff's and defendants' response to the motion, if any, shall be filed no later than **September 18, 2009**; and

**It is further ORDERED** that plaintiff shall personally appear before the undersigned at 418 U.S. Courthouse, Buffalo, New York on **September 24, 2009 at 10:00 a.m.** to resolve this matter; and

**It is further ORDERED that** the Clerk of the Court shall serve a copy of this Order upon plaintiff Joan Snyder at 117 Bloomfield Avenue, Buffalo, New York 14220, via United States mail.

**SO ORDERED.**

DATED:　　Buffalo, New York
　　　　　　August 24, 2009

　　　　　　　　　　　　　　　　　　S/ H. Kenneth Schroeder, Jr.
　　　　　　　　　　　　　　　　　　**H. KENNETH SCHROEDER, JR.**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**